A. PETER RAUSCH, JR. (State Bar No. 127930)
LAW OFFICES OF A. PETER RAUSCH, JR.
1930 Tienda Drive, Suite 106
Lodi, California  95242
Telephone: (209) 339-8500
Facsimile: (209) 339-8505
Email: counsel@rausch.com

Attorneys for Plaintiff & Counter-Defendant,
Russell Hinton Co., a California corporation

DAVID A. ROSENFELD (State Bar No. 058163)
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
Email: drosenfeld@unioncounsel.net

Attorneys for Defendants & Counter-Claimants,
District Council 16 of the International
Union of Painters and Allied Trades;
and Doug Christopher

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUSSELL HINTON CO., a California Corporation, <br><br> Plaintiff & Counter-Defendant, <br><br> v. <br><br> DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES AND DOUG CHRISTOPHER, <br><br> Defendants & Counter-Claimants. | Case No.  3:11-CV-01627-SI <br><br> **STIPULATION AND [P~~ROPOSED~~] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** <br><br> District Judge Susan Illston <br><br> Complaint Filed: April 4, 2011 |

The parties, by and through their undersigned attorneys of record, hereby stipulate and agree and respectfully request that the Court grant a continuance of the Initial Case Management Conference currently scheduled for August 26, 2011 at 2:30 p.m. to September 2, 2011 at 2:30 p.m. (Or such other time as is convenient for the Court).

1

1   This stipulation is requested and good cause appears because counsel for Plaintiff and
2 Counter-Defendant Russell Hinton Co., is unavailable on the date currently scheduled for the
3 hearing due to a previously scheduled personal commitment that cannot be moved.
4   This is the first extension requested by the parties.
5   This stipulation will further the interest of justice and help preserve judicial economy.
6 Therefore, the parties respectfully request that the Court approve this stipulation and continue the
7 Initial Case Management Conference in accordance therewith.

Respectfully Submitted,

LAW OFFICES OF A. PETER RAUSCH, JR.

Dated: July 12, 2011

By: /s/ A. Peter Rausch, Jr.
A. PETER RAUSCH, JR.
Attorneys for Plaintiff and Counter-Defendant,
Russell Hinton Co., a California corporation

**Signed Electronically for eFiling**

WEINBERG, ROGER & ROSENFELD

Dated: June 29, 2011

By: /s/ David A. Rosenfeld
DAVID A. ROSENFELD
Attorneys for Defendants & Counter-Claimants,
District Council 16 of the International Union of
Painters and Allied Trades; and Doug
Christopher

**Signed Electronically for eFiling**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Initial Case Management Conference currently scheduled for August 26, 2011 at 2:30 p.m. is continued to _____September 2, 2011_____ at ____2:30____ a.m./p.m.

Dated: ____7/13/11_____

*[signature: Susan Illston]*

UNITED STATES DISTRICT JUDGE

**ECF SIGNATURE ATTESTATION**

I hereby attest that I have been expressly authorized by opposing counsel to affix his signature above as indicated by a "conformed" signature (/s/) within this e-filed documents.

Dated: July 12, 2011                /s/ A. Peter Rausch, Jr.
                                    A. PETER RAUSCH, JR.

                                    LAW OFFICES OF A. PETER RAUSCH, JR.
                                    Attorneys for Plaintiff and Counter-Defendant,
                                    Russell Hinton Co., a California corporation

                                    **Signed Electronically for eFiling**

## **CERTIFICATE OF SERVICE**

I undersigned hereby certify that on July 12, 2011, I electronically filed the foregoing with the Clerk of Court for the United States District Court, Northern District of California by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

   /s/ A. Peter Rausch, Jr.
A. PETER RAUSCH, JR.

LAW OFFICES OF A. PETER RAUSCH, JR.
Attorneys for Plaintiff and Counter-Defendant,
Russell Hinton Co., a California corporation

**Signed Electronically for eFiling**

4

Stipulation and [Proposed] Order to Continue Initial Case Management Conference
Civil Action No. 3:11-CV-01627-SI