A. PETER RAUSCH, JR. (State Bar No. 127930)
LAW OFFICES OF A. PETER RAUSCH, JR.
1930 Tienda Drive, Suite 106
Lodi, California 95242
Telephone: (209) 339-8500
Facsimile: (209) 339-8505
Email: counsel@rausch.com

Attorneys for Plaintiff & Counter-Defendant,
Russell Hinton Co., a California corporation

DAVID A. ROSENFELD (State Bar No. 058163)
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
Email: drosenfeld@unioncounsel.net

Attorneys for Defendants & Counter-Claimants,
District Council 16 of the International
Union of Painters and Allied Trades;
and Doug Christopher

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUSSELL HINTON CO., a California Corporation<br><br>Plaintiff & Counter-Defendant,<br><br>v.<br><br>DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES AND DOUG CHRISTOPHER,<br><br>Defendants & Counter-Claimants. | Case No. 3:11-CV-01627-SI<br><br>**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER CONTINUING (i) DEADLINE TO COMPLETE ADR AND (ii) CASE MANAGEMENT CONFERENCE**<br><br>District Judge Susan Illston<br><br>Complaint Filed: April 4, 2011<br><br>CMC Date (currently) December 9, 2011 |

The parties, by and through their undersigned attorneys of record, hereby furnish the following status report and stipulate and agree and respectfully request that the Court (i) extend the December 5, 2011 deadline to complete binding arbitration, and (ii) continue the Initial Case Management Conference currently scheduled for December 9, 2011.

1

Joint Status Report and
Stipulation and [Proposed] Order Continuing (i) Deadline to Complete ADR and (ii) Case Management Conference
Civil Action No. 3:11-CV-01627-SI

This Report and Stipulation are based on the following facts:

This action was filed on April 4, 2011.

Defendants filed their Answer and Counter-Claim on May 6, 2011.

An initial Case Management Conference was set for August 25, 2011.

On August 5, 2011 the Court entered a stipulated order referring the case to private binding arbitration, to be completed within one hundred twenty (120) days, which would be December 5 2011. (Docket No. 23).

The matter is currently set for an Initial Case Management Conference on December 9, 2011 at 2:30 p.m., pursuant to the parties Stipulation and the Court's subsequent Order of August 24, 2011. (Docket No. 25).

The parties mutually agreed to an arbitrator (Luella Nelson) and, based on the schedules of the parties and the arbitrator, scheduled an arbitration hearing on the first mutually convenient date of December 14, 2011.

Between approximately October 15, 2011 and November 15, 2011, the parties filed various papers with the Arbitrator in connection with a motion to dismiss by Defendants.  A telephonic conference was held between the parties and the Arbitrator on November 29, 2011 to address pre-hearing matters and matters raised by the motion.

As a result of the November 29th telephone hearing, the Arbitrator set further briefing to be completed by Defendants by December 5, 2011 and by Plaintiff by December 8, 2011.  The parties were also directed to furnish a stipulation of facts pertaining to the motion to dismiss to the Arbitrator by December 8, 2011. The Arbitrator set December 14, 2011 as a target date for the rendering of a decision on the motion to dismiss.

Based on the foregoing, no evidentiary hearing with take place on December 14, 2011. The Arbitrator has advised the parties to select a new hearing date from among the following next available hearing dates on the Arbitrator's calendar: (i) April 18-20; (ii) May 7-9; or (iii) June 13-15.  Counsel are currently furnishing the Arbitrator with their availability.

2

Joint Status Report and
Stipulation and [Proposed] Order Continuing (i) Deadline to Complete ADR and (ii) Case Management Conference
Civil Action No. 3:11-CV-01627-SI

If the Defendants' motion to dismiss is not dispositive of all claims in the case, the matter will proceed to evidentiary hearing before the Arbitrator, but not before one of the dates set forth above.

The Arbitrator has directed and the parties agreed to request the Court extend the deadline to complete private arbitration and to continue further case management conferences until the matter can proceed to hearing on one of the dates set forth above.

Accordingly, the parties respectfully request the Court continue the Initial Case Management Conference to allow the parties sufficient time to complete arbitration such that the parties may appear before the Court at a post-arbitration status conference at the Court's convenience sometime after June 15, 2012.

Specifically, the parties respectfully request that the Court extend the deadline to complete binding arbitration to June 15, 2012 and continue the Initial Case Management Conference at the Court's convenience sometime after July 15, 2012 (date selected to allow the Arbitrator thirty (30) days to render her award following hearing).

Respectfully Submitted,

LAW OFFICES OF A. PETER RAUSCH, JR.

Dated: December 2, 2011

By: /A. Peter Rausch, Jr. /
A. PETER RAUSCH, JR.
Attorneys for Plaintiff and Counter-Defendant, Russell Hinton Co., a California corporation
**[Signed Electronically for eFiling]**

WEINBERG, ROGER & ROSENFELD

Dated: December 2, 2011

By: /David A. Rosenfeld/
DAVID A. ROSENFELD
Attorneys for Defendants & Counter-Claimants, District Council 16 of the International Union of Painters and Allied Trades; and Doug Christopher
[**Signed Electronically for eFiling**]

3

Joint Status Report and
Stipulation and [Proposed] Order Continuing (i) Deadline to Complete ADR and (ii) Case Management Conference
Civil Action No. 3:11-CV-01627-SI

**E-FILING SIGNATURE ATTESTATION**

I hereby attest that I have been expressly authorized by opposing counsel, through his associate, Lisl Duncan, to affix his signature above as indicated by a "conformed" signature (/S/) within this e-filed document.

December 2, 2011                    /s/ A. Peter Rausch, Jr.
                                    A. Peter Rausch, Jr.

                                    **[Signed Electronically for eFiling]**

4

Joint Status Report and
Stipulation and [Proposed] Order Continuing (i) Deadline to Complete ADR and (ii) Case Management Conference
Civil Action No. 3:11-CV-01627-SI

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, and good cause appearing,

IT IS SO ORDERED THAT:

The parties' deadline to complete binding arbitration is extended from December 5, 2011 to June 15, 2012.

The Court's Initial Case Management Conference scheduled for December 9, 2011 at 2:30 p.m. and all related pre-hearing filing requirements are hereby vacated. This matter is set for a Case Management Conference on 6/29/12 at 3 a.m./p.m. Pursuant to Local Rule the parties are directed to file a Joint Status Conference Report no later than seven (7) days prior to the Status Conference.

Dated: 12/6/11

UNITED STATES DISTRICT JUDGE

5

Joint Status Report and
Stipulation and [Proposed] Order Continuing (i) Deadline to Complete ADR and (ii) Case Management Conference
Civil Action No. 3:11-CV-01627-SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on December 2, 2011, I electronically filed the foregoing with the Clerk of Court for the United States District Court, Northern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    /s/ A. Peter Rausch, Jr.
A. PETER RAUSCH, JR.

LAW OFFICES OF A. PETER RAUSCH, JR.
Attorneys for Plaintiff and Counter-Defendant,
Russell Hinton Co., a California corporation

**[Signed Electronically for eFiling]**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies as follows:

I am an employee of the Law Offices of A. Peter Rausch, Jr., 1930 Tienda Drive, Suite 106, Lodi, California 95242. I am over 18 years of age and am not a party to the within action.

On December 2, 2011, I served a true and correct copy of the following document:

**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER CONTINUING (i) DEADLINE TO COMPLETE ADR AND (ii) CASE MANAGEMENT CONFERENCE**

on the following individuals:

__X__ (**BY MAIL**) placing a true copy thereof in a sealed envelope, with postage fully prepaid for first-class mail, for collection and mailing at the Law Offices of A. Peter Rausch, Jr., Lodi, California following ordinary business practices. I am readily familiar with the practice of the Law Offices of A. Peter Rausch, Jr. for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection. The sealed envelope was addressed as follows:

Luella Nelson, Arbitrator
PMB 159
4096 Piedmont Avenue #159
Oakland, CA 94611

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of December, 2011 at Lodi, County of San Joaquin, California.

/Jaime Pacheco/
Jaime Pacheco
**[Signed Electronically for eFiling]**