**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUSSELL HINTON CO.,<br><br>    Plaintiff,<br><br>vs.<br><br>DISTRICT COUNSEL 16 OF THE INT'L UNION OF PAINTERS AND ALLIED TRADES *et al.*,<br><br>    Defendants. | Case No.: C-11-01627-YGR<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

Due to the recent reassignment of this case, the Case Management Conference previously set for June 29, 2012 at 3:00 p.m. is hereby **RESET** to **Monday, July 2, 2012** at **2:00 p.m.**, in the Federal Courthouse at 1301 Clay Street, Oakland, California, in a courtroom to be designated.

The parties' Joint Case Management Statement must be filed fourteen days in advance of the Case Management Conference.

The deadline for the parties to complete binding arbitration still is June 15, 2012.

**IT IS SO ORDERED.**

April 3, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**