**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RUSSELL HINTON CO.**,<br><br>  **Plaintiff**,<br><br>vs.<br>**DISTRICT COUNSEL 16 OF THE INT'L UNION OF PAINTERS AND ALLIED TRADES** *et al.*,<br><br>  **Defendants.** | Case No.: C-11-01627-YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the parties' *Corrected* Joint Case Management Statement, Dkt. No. 34, and hereby **CONTINUES** the July 2, 2012 Case Management Conference to **Monday, October 1, 2012** at **2:00 p.m.**, in the Federal Courthouse at 1301 Clay Street, Oakland, California, in a courtroom to be designated.

The parties' Joint Case Management Statement must be filed fourteen days in advance of the Case Management Conference.

  **IT IS SO ORDERED.**

Date: June 27, 2012

_____
  **YVONNE GONZALEZ ROGERS**
  **UNITED STATES DISTRICT COURT JUDGE**