**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RUSSELL HINTON CO.**,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>**DISTRICT COUNSEL 16 OF THE INT'L UNION OF PAINTERS AND ALLIED TRADES**,<br><br>Defendant/Counterclaimant. | Case No.: 11-CV-01627 YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING COMPLIANCE HEARING** |

The Court understands, based on a review of the parties' Joint Case Management Conference Statement (Dkt. No. 38), that this matter, which was referred to binding arbitration, has been arbitrated, and that Plaintiff is considering whether to dismiss this action or move for review or reconsideration of the arbitrator's decision.

The Court hereby **VACATES** the December 10, 2012 Case Management Conference and sets this matter for a Compliance Hearing to be held on **Friday, December 21, 2012** on the Court's **9:01 a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 5.

By no later **December 18, 2012**, the parties shall file either: (1) a Request or a Stipulation for Dismissal; or (2) a one-page **JOINT STATEMENT** setting forth an explanation why this matter is not being dismissed. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Date: December 6, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**